CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

DAVID E. THOLE et al.,

_____
Plaintiff(s)

vs.

THE ISLAMIC REPUBLIC OF IRAN

Civil Action No.: 1:23-CV-793(BAH

_____
Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Islamic Republic of Iran
Dr. Hossein Amir-Abdollahian
Ministry of Foreign Affairs
Imam Khomeini Avenue
Imam Khomeini Square
Tehran, Iran

by: (check one)
- ☐ certified or registered mail, return receipt requested
- ☐ DHL
- ☑ Fed Ex

pursuant to the provisions of: (check one)
- ☐ FRCP 4(f)(2)(C)(ii)
- ☑ 28 U.S.C. § 1608(a)(3)
- ☐ 28 U.S.C. § 1608(b)(3)(B)
- ☐ 28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country): IRAN, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

_____
(Signature)

Paul G. Gaston
Law Office of Paul G. Gaston
1101 Connecticut Avenue, NW, Suite 450
Washington, DC 20036

(Name and Address)

# Paul G. Gaston

*Attorney at Law*
1101 Connecticut Avenue, NW, Suite 450
Washington DC 20036
www.gastonlawoffice.com
202-296-5856

*Email: paul@gastonlawoffice.com*                                   *Facsimile:1-202-478-0769*

April 28, 2023

BY FEDEX

Office of the Clerk
United States District Court for the District of Columbia
United States Courthouse, Room 1225
333 Constitution Avenue, NW
Washington DC 20001

        Re:    Request for Service of Process on the Islamic Republic of Iran,
                 *Thole et al.* v. *Islamic Republic of Iran*, Case No. 2023-cv-00793(BAH)

Dear Ms. Caesar:

    My Office represents plaintiffs in the above captioned case, and I am writing to request that the Clerk of the Court take all necessary steps, pursuant to 28 U.S.C. Section 1608(a)(3), to effect service on Defendant the Islamic Republic of Iran.

    Pursuant to 28 U.S.C. Section 1608(a)(3), I have enclosed for your review and processing one copy of the Complaint, Summons, and Notice of Suit, along with translations of each into Farsi. I also enclose a copy of the Foreign Sovereign Immunities Act ("FSIA") and one unsealed FedEx Envelope along with two international waybills, one with the sender blank and one filled in with my office return address. I also enclose a copy of the "Affidavit Requesting Foreign Mailing" pursuant to 28 USC 1603(a)(3) as filed electronically earlier today as well as a copy of the Notice of Electronic Filing.

    Please transmit by FedEx to the Minister of Foreign Affairs, Islamic Republic of Iran, Imam Khomeini Avenue, Imam Khomeini Square, Tehran, Iran. Thank you for your help on this matter.

                                                         Sincerely,

                                                          /s/ Paul G. Gaston
                                                          Law Offices of Paul G. Gaston
                                                          Attorney for Plaintiffs
                                                          (202) 296-5856
                                                          paul@gastonlawoffice.com