IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID E. THOLE    et al. | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 23-cv-00793 (BAH) |
| | ) |
| THE ISLAMIC REPUBLIC OF IRAN | ) |
| | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFFS' MOTION TO TAKE JUDICIAL NOTICE OF EVIDENCE IN PRIOR RELATED CASES AND FOR ENTRY OF DEFAULT JUDGMENT AS TO LIABILITY AND DAMAGES**

Plaintiffs in this case are service members of the United States Air Force who were serving at the U.S. Air Base in Dhahran, Saudi Arabia, in June 1996, and several of their close family members. Those service members were injured in a terrorist attack materially supported and planned by Defendant the Islamic Republic of Iran.  This was the "Khobar Towers" terrorist attack, named after the residential complex where the service members were housed.

The plaintiffs who submit this Motion and Memorandum in Support are as follows: Plaintiffs David E. Thole and his wife Joan M. Thole, both of whom were serving as Captains in the Air Force at the time; Joan Thole's sister, Gail Ann Balcom; Juan Antonio Manrique, a crew chief of the 58th Fighter Squadron also serving at the Dhahran Air Base at the time, his mother Maria V. Hughes; Michael W. Bass,  a communications specialist serving at Dhahran at the time; John D. Brooks, a Senior Airman with responsibility for F-15 avionics serving at Dhahran at the time; Darrin J. Bosin,  a Senior Airman with responsibility for F-15 avionics serving at Dhahran at the time;  Cynthia M. Anthony, a sister of George Anthony, who was severely injured in the

1

Khobar Towers attack and has previously received a judgment and award from this Court; and Alfred Anthony, a brother of George Anthony.

For the reasons more fully described and supported in the accompanying Memorandum and Declarations submitted therewith, Plaintiffs hereby move the Court to take judicial notice of evidence in prior related cases and for entry of a default judgment against Defendant the Islamic Republic of Iran awarding them compensatory and punitive damages and pre-judgment interest.

Respectfully submitted,

/s/   Paul G. Gaston
Paul G. Gaston, DC Bar #290833
LAW OFFICES PAUL G. GASTON
1101 Connecticut Avenue, NW, Suite 450
Washington DC 20036
202-296-5856
paul@gastonlawoffice.com

*Attorney for Plaintiffs*