IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID E. THOLE    et al. | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 23-cv-00793 (BAH) |
| | ) |
| THE ISLAMIC REPUBLIC OF IRAN | ) |
| | ) |
| | ) |
| Defendant. | ) |

# ADDENDUM: PLAINTIFFS' DECLARATIONS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOLE et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 23-cv-00793 (BAH) |
| | ) |
| THE ISLAMIC REPUBLIC OF IRAN, | ) |
| Defendant. | ) |

## DECLARATION OF PLAINTIFF DAVID E. THOLE

David E. Thole declares pursuant to 28 U.S.C. Section 1746 as follows:

1. I am over eighteen and am competent to testify about the facts personally known to me as set forth herein.

2. I was born in the United States and am a United States citizen. I am currently a resident of Ohio.

3. I am the husband of Plaintiff Joan M. Thole. We were married in 1992.

4. From a very young age, I was interested in aviation and airplanes. As I grew up, I realized that I could both serve my country and pursue my love of flying if I became a fighter pilot. I enrolled in the United States Air Force Academy in Colorado to pursue that goal. After graduation, I went through all the stages of flight training and was assigned to be an F-16 fighter pilot, and went through specialized F-16 training for an additional six months. After graduating from the specialized F-16 training, I was stationed at a U.S. airbase in northern Japan, the Misawa Air Base. In the time I served there, I progressed through the stages of F-16 expertise

1

to the point where I was one of the most junior F-16 pilots to be promoted to serve as a flight instructor. I was then assigned to the Hill Air Force Base in Utah.

5. In 1996, I was deployed to the U.S. Air Force Base in Dhahran, Saudi Arabia. My assignment was to enforce the no-fly zone against Iraq. I conducted a mix of training missions for the other F-16 pilots and armed enforcement missions as well.

6. My wife Joanie joined me there and we shared quarters at the Khobar Towers residential complex with four other Air Force officers.

7. On June 25, 1996, I was sitting in the day room of our quarters next to the sliding glass doors of the room. Joanie was sitting a little further away from the glass doors, but facing them. Suddenly, I felt the ground shake and I remember wondering if there was an earthquake starting. But then the whole world around me exploded, and I felt the glass from my right hitting me with tremendous force. I instinctively ducked down and raised my right arm to try to shield my head.

8. My first thought after the blast was to see if Joanie was alright. I moved over next to her, and was distressed to see her face and head covered with blood. I asked if she was alright, and she said she thought so.

9. We believed we were under attack and there could be more incoming, so we initially sought shelter in the innermost room of our quarters, the bathroom. There Joanie noticed that I was bleeding profusely from the right side of my neck, and helped me apply pressure to the wound with a towel. She seemed more worried about me than I was about myself.

10. We evacuated the building and went to an initial medic station that had been rapidly set up to triage the wounded. The medic who looked at me there said that I needed to

2

immediately go the clinic that had been set up for more serious injuries. The doctor who examined me at the clinic said I had to be immediately taken to the local Saudi hospital. I was quickly loaded into an ambulance with four or five others. I was on a stretcher.

11. During the ride to the hospital, I was worried about Joanie. I knew I would receive good medical care, but I wasn't sure where Joanie was and what would happen to her. The image of her blood-soaked face after the blast remained in my mind, and caused me severe emotional distress and worry.

12. When we reached the hospital a doctor came out to assess who should be taken into the hospital first based on the severity of the injuries. I remember there was some argument between him and the ambulance personnel because there was someone else in the ambulance who had a bone sticking out of his leg, but the doctor said I should be taken first.

13. I remember that I was taken into the hospital on a stretcher. I was told I needed emergency surgery immediately. I don't remember too much after that because I may have passed out from loss of blood. However I was later told that the surgeons operated on me on the floor of the emergency room, and probably saved my life. The surgery was done without anesthesia and consisted of two layers of sutures, one deeper inside my wound to stop the bleeding from a blood vessel, and one nearer the surface to patch up the outside.

14. I regained consciousness in a shared recovery room. I was not sure how much time had passed. I received some additional care there. Some larger pieces of glass were removed from the back of my head and the wounds there were sewn up. My feet had numerous cuts and I received some medical care and stitches for them as well.

3

15. The next day I was delighted to see Joanie after her surgery and realize that she would be ok.

16. We were evacuated to the U.S. military hospital in Landstuhl Germany, where we spent the night. The doctor who examined me said I was very lucky to be alive, because many patients who had the same injury would not have made it.

17. For many months afterwards, I felt small pieces of glass emerging from the back of my head and neck. My face was numb on the right side because a small nerve on that side had been severed. It took about ten to fifteen years for me to regain sensation in that part of my face. To this day I have a substantial scar on my neck where the largest piece of glass entered and where I needed emergency surgery to stop the bleeding.

18. I have had some psychological after-effects as well. I never sought treatment for PTSD because I thought it would hurt my career while I was in the Air Force, and also hurt my prospects for retaining my security clearance afterwards, which is important for my job now.

19. However, I do have some symptoms. I can't sit anywhere near a large glass window unless I am fairly far away and facing it directly. I have a strong aversion to loud and sudden noises, such as the sound of a basketball dribbling on a concrete driveway. I cannot be anywhere near Fourth of July fireworks. If they are audible near our house, I retreat to our basement.

20. I received a Purple Heart for my injuries in the service of our Nation. Exhibit A attached.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

4

David E. Thole

Executed on :  November 14 2023

# EXHIBIT TO DAVID E. THOLE DECLARATION



# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:

THIS IS TO CERTIFY THAT
THE PRESIDENT OF THE UNITED STATES OF AMERICA
AUTHORIZED BY ORDER OF
GENERAL GEORGE WASHINGTON, AUGUST 7, 1782
HAS AWARDED

## THE PURPLE HEART

TO

CAPTAIN DAVID E. THOLE

FOR
WOUNDS RECEIVED IN ACTION
25 JUNE 1996

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS     2nd          DAY OF    July          1996



_____
CHIEF OF STAFF



AF FORM 2221, JAN 81

Case 1:23-cv-00793-BAH    Document 16-2    Filed 12/18/23    Page 8 of 69

## DEPARTMENT OF THE AIR FORCE
## WASHINGTON DC 20330-5020

**SPECIAL ORDER**
**GB-303**

**2 JULY 1996**

BY DIRECTION OF THE PRESIDENT, CAPTAIN DAVID E. THOLE, ██-█-███, IS AWARDED THE PURPLE HEART FOR WOUNDS INCURRED ON 25 JUNE 1996, AS THE RESULT OF ACTION BY A HOSTILE FOREIGN FORCE.

BY ORDER OF THE SECRETARY OF THE AIR FORCE



**KEVIN A. COLLINS, Colonel, USAF**
**Director of Information Management**

**DISTRIBUTION**
**GO**

GB-303

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOLE et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 23-cv-00793 (BAH) |
| | ) |
| THE ISLAMIC REPUBLIC OF IRAN, | ) |
| Defendant. | ) |

## DECLARATION OF PLAINTIFF JOAN M. THOLE

Joan M. Thole declares pursuant to 28 U.S.C. Section 1746 as follows:

1. I am over eighteen and am competent to testify about the facts personally known to me as set forth herein.

2. I was born in the United States and am a United States citizen. I am currently a resident of Ohio.

3. I graduated from the United States Air Force Academy in 1989 and married my husband, plaintiff David Thole, in 1992. We were stationed at Hill Air Force Base in Utah.

4. In 1996 I asked for and received a deployment to the United States Air Base in Dhahran, Saudia Arabia, so that I could accompany David and serve together with him when he was there. At the time I had the rank of Captain and served as a Target Intelligence Officer. David and I were assigned quarters at the Khobar Towers residential complex. We shared a common area or "day room" with four other Air Force officers.

1

5. On June 25, 1996, I was sitting in the day room in the evening. I recall hearing the immense explosion as the glass from the sliding glass doors of the day room exploded towards me in many small pieces. It seemed to be happening almost in slow motion. Some of the glass hit me and became embedded in various parts of my body, principally my right arm and hand, and my face.

6. My initial thought was that we were under attack from incoming missiles or bombs. I could tell I was bleeding, but not profusely, and looked with concern for my husband David. I realized he had come over and was standing over me, asking if I was alright. I was relieved to see him so close, but I became concerned when I saw him bleeding profusely from a wound in his neck.

7. We first stumbled toward the bathroom at the other side of the apartment away from the blast, thinking it would be safer there. After waiting for a while we decided to make our way down the stairs to go outside. I was concerned about the bleeding from David's neck and we did what we could to apply pressure with a towel against it to slow the bleeding, but I wanted him to get medical care as quickly as possible. We both got medical care initially at the base from the medical personnel there. I received first aid for my bleeding and some sutures to close up the larger wounds on my right arm.

8. David was whisked away in an ambulance at this point, and I remained at the base the rest of that evening. I was anxious and worried about David because I could tell his wound was serious. I was not even sure that he would make it because he had lost so much blood already. I had no way to reach him or hear any news about him. All I knew was that he had been evacuated in an ambulance to the main hospital near us. This was an agonizing time for me and I did not sleep that night at all.

2

9. The next day I was taken to the Ministry of Defense and Aviation ("MODA") Hospital in Dhahran. There a surgeon re-attached the tendons of the middle two fingers of my right hand, which had been severed by the pieces of flying glass. This procedure was performed under full anesthesia. My forearm and right hand were put in a cast. The hand and fingers were angled up and immobilized so that the tendons that had been sewn back could heal without any strain or tension.

10. When I woke up from anesthesia, I was happy to see David visiting me in my room at the MODA Hospital. He had been taken there the night before for his own medical care, but was now able to walk around and had heard I was there.

11. The following day we were evacuated to the hospital in Landstuhl, Germany where we stayed the night. Although doctors checked in on us, we did not receive any additional medical care there. After that, we took a very long flight back to Hill Air Force Base in Utah. There were many intermediate stops before the military transport reached Utah.

12. My hand and arm were immobilized in the cast for 6 weeks. After the cast was taken off, I went to physical therapy for a long time trying to regain full use of my right hand. Eventually I did, but to this day that hand and arm are still not the same as before. I feel pain and stiffness whenever there is a change in the weather. If I have to carry something heavy, my grip on the right side is weaker, and I often use my left hand, even though I am right-handed.

13. I have two small scars on my forehead, each about a half inch long, where the flying glass cut my face. I noticed tiny pieces of glass emerging from my face up to six months later, even from areas of my face I didn't at first realize had been hit, such as the upper lip area. I have

3

a ¾ inch scar on the upper part of my right forearm and about a two-inch scar on the back of the same forearm.

14. I have experienced some symptoms of PTSD although I have not sought treatment for it. In particular, I am frightened and made anxious by loud noises. I avoid crowds. I cannot attend any events, such as music festivals, where there will be large, uncontained crowds. I have never taken our two children to Independence Day fireworks. I am probably more concerned and anxious about their safety than most mothers who have not gone through an experience such as David and I have.

15. After our return to the United States, I was awarded a Purple Heart. Exhibit A. I have been told that David and I are the only married couple to have each been awarded a Purple Heart for the same incident at the time they were married.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Jean M. Thole

Executed on : November 16, 2023

4

# EXHIBIT TO JOAN M. THOLE DECLARATION



# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:

THIS IS TO CERTIFY THAT
THE PRESIDENT OF THE UNITED STATES OF AMERICA
AUTHORIZED BY ORDER OF
GENERAL GEORGE WASHINGTON, AUGUST 7, 1782
HAS AWARDED

## THE PURPLE HEART

TO

CAPTAIN JOAN M. THOLE

FOR

WOUNDS RECEIVED IN ACTION
25 JUNE 1996

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS    2nd        DAY OF    July        1996



CHIEF OF STAFF



AF FORM 2221, JAN 81



## DEPARTMENT OF THE AIR FORCE
### WASHINGTON DC 20330-5020

**SPECIAL ORDER**
**GB-304**

**2 JULY 1996**

BY DIRECTION OF THE PRESIDENT,  CAPTAIN JOAN M. THOLE, ████████████, IS AWARDED THE PURPLE HEART FOR WOUNDS INCURRED ON 25 JUNE 1996, AS THE RESULT OF ACTION BY A HOSTILE FOREIGN FORCE.

BY ORDER OF THE SECRETARY OF THE AIR FORCE



**KEVIN A. COLLINS, Colonel, USAF**
**Director of Information Management**

**DISTRIBUTION**
**GO**

GB-304

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOLE et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 23-cv-00793 (BAH) |
| | ) |
| THE ISLAMIC REPUBLIC OF IRAN, | ) |
| Defendant. | ) |

**DECLARATION OF PLAINTIFF GAIL ANN BALCOM**

Gail Ann Balcom declares pursuant to 28 U.S.C. Section 1746 as follows:

1. I am over eighteen and am competent to testify about the facts personally known to me as set forth herein.

2. I was born in the United States and am a United States citizen. I am currently a resident of Colorado.

3. I am plaintiff Joan Thole's older sister.

4. Joanie and I were very close growing up, despite our difference in age. We had no other siblings and often relied on each other for company and play.

5. I like to think that Joanie looked up to me and used me as a role model, at least on occasion. However, she also loved to play pranks on me. One time when she knew I would be returning late from an evening out and would want to keep my bedroom lights off when I returned, she wired my bedroom with dental floss. Needless to say I was quite surprised as it felt

1

like I had walked into a giant spider web. The uncontrollable giggling coming from the corner where Joanie had hid gave it away though, and we both laughed for a long time.

6. We stayed close and I often spent weekend afternoons with Joanie and her husband David while they were still at the Air Force Academy. I remember some wonderful barbecues and other good times there. We also got together at my mother's house on special occasions and holidays.

7. On June 25, 1996, or very shortly thereafter, I got a panicked call from my mother. She said that she had received a phone call from the Air Force letting her know about the terrorist attack on the Khobar Towers and that Joanie and David had been there but there was no further information about their condition at that time. My mother was crying, and I started to cry too. We both feared the worst but hoped for the best. However, the uncertainty and lack of knowledge was agonizing. After the call I turned on the television news and saw the devastation of the collapsed buildings and the rubble and prayed that my sister and her husband were not in the worst hit building which had completely collapsed.

8. I don't remember exactly how long it was before I heard anything further, but I believe it was at least 24 hours. That was a terrible, agonizing time. Finally, my mother called again to tell me that although they were injured and needed surgery, both Joanie and David had survived and would likely be ok in the long run. I was relieved and felt like a terrible weight had been lifted.

9. When I saw Joanie again after she returned to the States, I felt that she was different in some ways. She seemed to have a deep underlying anger about what had happened. She was

2

angry at the Iranian terrorists but also unhappy about how the Air Force had failed to adequately protect all of them from the attack.

10. Despite their injuries, the horrors of the attack, and this underlying anger, I feel that both Joanie and David have been incredibly resilient and have been able to move on with their lives. They have successfully transitioned to civilian life and raised two wonderful kids. I admire how well they have handled adversity. Joanie likes to say that you just have to "suck it up." We have remained in close touch, often sharing vacation time together.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Gail Ann Balcom*

Gail Ann Balcom

Executed on : October 25, 2023

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOLE et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 23-cv-00793 (BAH) |
| | ) |
| THE ISLAMIC REPUBLIC OF IRAN, | ) |
| Defendant. | ) |

## DECLARATION OF PLAINTIFF JUAN ANTONIO MANRIQUE

Juan Antonio Manrique declares pursuant to 28 U.S.C. Section 1746 as follows:

1. I am over eighteen and am competent to testify about the facts personally known to me as set forth herein.

2. I was born in the United States and am a United States citizen. I am currently a resident of Virginia.

3. I enlisted in the Air Force right after graduating from High School. In 1996 I was a Crew Chief with the 58th Fighter Squadron based at Eglin Air Force Base in Florida.

4. I arrived at the U.S. Air Force base in Dhahran, Saudia Arabia on or about March 1996. I was housed at the Khobar Towers residential complex.

5. On June 25, 1996, I was shaving in the bathroom of my residential quarters at the Khobar complex when the blast hit. The small window of the bathroom where I was standing shaving blew in and I was shaken and jarred by the blast wave and the deafening boom. I felt an

1

immediate apprehension of harm and braced for any subsequent blasts that might come. My first thought was that we were under missile attack and there would be more impacts.

6. I stumbled out of the bathroom and saw my roommate covered with blood. I also saw my Chief Master Seargeant from just down the hall walking with blood squirting out of his neck. I helped him, my roommate, and others evacuate down the stairway.

7. I was even more shaken and disturbed by what I saw when I got outside. There were many badly wounded. There was a belief and fear that further attacks were coming. I went back into the building to see if others needed help getting out and to bring water to those who needed it. I noticed the walls of the hallways were covered with blood.

8. In the days that followed the grim reality set in—I saw 19 caskets loaded with the bodies of my friends and comrades on to a military transport. I later learned that the fatalities included my friends Brian McVeigh, Pat Fennig, Earl Cartrett, Brent Marthaler, and Daniel Cafourek.

9. Only after I returned to Eglin Air Force base in Florida did the realization fully take hold that I would never see them again, and that I had barely escaped the same fate. I felt a deep sense of loss and anger. Although I received some group counseling in those weeks, it did little to lessen the grief I felt. I struggled to make sense of why others died, and I did not.

10. I began to show symptoms of PTSD while I was still serving in the Air Force, and still suffer from the disorder today, despite treatment. I feel "on edge" most of the time. I am hypervigilant, expecting bad things to happen at any time. I believe PTSD has hurt my personal relationships, leading to break up of my marriage and divorce. It has also affected my work

2

relationships, often leading me to be confrontational with co-workers and others. I still have nightmares about once a week.

11. I am rated as 90 percent disabled by the VA, with 50 percent of that based on my PTSD. See attached Exhibit A. I also attach an excerpt of my recent health records from the VA. Exhibit B.

12. My life has never been the same since the attack.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Juan Antonio Manrique

Executed on:  October 10, 2023

3

# EXHIBIT A JUAN ANTONIO MANRIQUE DECLARATION



**DEPARTMENT OF VETERANS AFFAIRS**
810 Vermont Ave NW
Washington, D.C. 20420

July 07, 2021

Juan Manrique                                                  In Reply Refer to:
1620 Wasserman Ct                                             xxx-xx-4234
Virginia Beach, VA 23454                                      27/eBenefits

Dear Mr. Manrique:

This letter is a summary of benefits you currently receive from the Department of Veterans Affairs (VA). We are providing this letter to disabled Veterans to use in applying for benefits such as state or local property or vehicle tax relief, civil service preference, to obtain housing entitlements, free or reduced state park annual memberships, or any other program or entitlement in which verification of VA benefits is required. Please safeguard this important document. This letter is considered an official record of your VA entitlement.

Our records contain the following information:

## Personal Claim Information

Your VA claim number is: xxx-xx-4234

You are the Veteran.

## Military Information

Your most recent, verified periods of service (up to three) include:

| Branch of Service | Character of Service | Entered Active Duty | Released/Discharged |
|---|---|---|---|
| Air Force | Honorable | February 01, 1994 | February 28, 2014 |

(There may be additional periods of service not listed above.)

## VA Benefit Information

| | |
|---|---|
| **You have one or more service-connected disabilities:** | Yes |
| **Your combined service-connected evaluation is:** | 90% |
| **You are considered to be totally and permanently disabled due solely to your service-connected disabilities:** | No |

You should contact your state or local office of Veterans' affairs for information on any tax, license, or fee-related benefits for which you may be eligible. State offices of Veterans' affairs are available at http://www.va.gov/statedva.htm.

## How You Can Contact Us

- If you need general information about benefits and eligibility, please visit us at https://www.ebenefits.va.gov or http://www.va.gov.

- Call us at 1-800-827-1000. If you use a Telecommunications Device for the Deaf (TDD), the number is 1-800-829-4833.

- Ask a question on the Internet at https://iris.custhelp.va.gov.

Sincerely,

Cheryl J Rawls
Assistant Deputy Under Secretary for Field Operations
Office of Outreach and Stakeholder Engagement





# EXHIBIT B JUAN ANTONIO MANRIQUE DECLARATION

Patient seen for 30 minutes for medication management-14mins and supportive psychotherapy-16mins.

Service Connection/Rated Disabilities:
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
    SC Percent: 90%
 Rated Disabilities: LOSS OF FIELD OF VISION (10%-SC)
            IRRITABLE COLON (0%-SC)
            LIMITATION ON MOTION, RING OR LITTLE FINGER (0%-SC)
            LIMITED EXTENSION OF THIGH (0%-SC)
            LUMBOSACRAL OR CERVICAL STRAIN (20%-SC)
            TINNITUS (10%-SC)
            POST-TRAUMATIC STRESS DISORDER (50%-SC)    ⟵
            DERMATOPHYTOSIS (0%-SC)
            LIMITED FLEXION OF KNEE (10%-SC)
            LIMITED EXTENSION OF KNEE (20%-SC)
            LIMITED FLEXION OF KNEE (20%-SC)
            LIMITED FLEXION OF THIGH (10%-SC)
            SLEEP APNEA SYNDROMES (50%-SC)

MILITARY HISTORY: Air Force 1994-2014, Retirement as E6, Deployed 6 times. Reports PTSD from being in terrorist area in Saudi Arabia.

-AIR FORCE/REGULAR  02/01/1994 02/28/2014  HONORABLE
[2] Conflict Locations: OEF(09/13/2005-01/25/2006)
            OEF(03/10/2004-06/13/2004)
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Chief Complaint: Med management.

S. Maintained on Zoloft and Prazosin. Reports stressor is work. Denies any psychotic symptoms, hallucinations or delusions. Denies manic symptoms. States still some depression. Works with Coast Guard in Elizabeth City as Air Craft Mechanic. Denies suicidal or homicidal ideations or plans. No problems falling asleep. Nightmares 1-2 nights weekly. Appetite reported as ok. States current weight reported as 230 lbs. Reports exercise is work and doing stuff around the house. States he is taking meds as prescribed; denies any side effects. Denies drinking alcohol. Denies illegal drug use. Marijuana reported as none. Smokes 1/2 PPD "X 25 years". We discussed exercise daily x 30 minutes.

Suicide Risk Screening (mandatory):

VHA Pocket Card Suicide Risk Questions:
 ·Are you feeling hopeless about the present or future?: No

 ·Have you had thoughts about taking your life?: No

 ·Have you ever had a suicide attempt?: No

O. Casually dressed, pleasant, cooperative, alert, oriented x3. Speech coherent and relevant with normal rate and tone. Good eye contact. Thoughts well organized. No delusions or hallucinations elicited. Mood

equipment if feels drowsy or has side effects from the prescribed medications. Gave voluntary consent for the use of such medications as prescribed.

- Pt. was instructed to refrain from using drugs or alcohol while taking these medications.

-Consent to drug test per provider discretion.

- The pt. was instructed to return to the Hampton VAMC or call 911 if he had increasing anger, depression or any thoughts of harming self or others. The veteran was provided with information on emergency contacts for this VA and for the National VA Hotline.
**********************************************************************************

-Psychotherapy
Major themes of session: Focus of this session was rapport building, gathering brief psychosocial history and discussion of goal for treatment. Skills used to produce therapeutic change: Rapport building, support, exploratory questioning, active listening, motivational enhancement
Goal: Stabilize behavioral, cognitive, emotional and/or physical symptoms while increasing the ability to function on a daily basis.

Objective: Patient verbalizes acceptance of the need for continuing
        mental health treatment interventions.
Progress in treatment:
Session:
[ ] Patient has met treatment goals.
[X] Patient is making progress toward goals.
[ ] Patient has not met treatment goals; condition unchanged.

/es/ JENNY WILLIS
PMHNP-BC
Signed: 08/30/2023 10:03

| Date/Time: | 21 Aug 2023 @ 1443 |
|---|---|
| Note Title: | SCREENING RECORD-SPECIALTY OUTPATIENT (D) |
| Location: | Hampton VA VAMC |
| Signed By: | ELLIS-COOKE,KRISTIN L |
| Co-signed By: | ELLIS-COOKE,KRISTIN L |
| Date/Time Signed: | 21 Aug 2023 @ 1444 |

**Note**

LOCAL TITLE: SCREENING RECORD-SPECIALTY OUTPATIENT (D)
STANDARD TITLE: NURSING NOTE
DATE OF NOTE: AUG 21, 2023@14:43    ENTRY DATE: AUG 21, 2023@14:43:56
   AUTHOR: ELLIS-COOKE,KRISTIN  EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOLE et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 23-cv-00793 (BAH) |
| | ) |
| THE ISLAMIC REPUBLIC OF IRAN, | ) |
| Defendant. | ) |

## <u>DECLARATION OF PLAINTIFF MARIA V. HUGHES</u>

Maria V. Hughes declares pursuant to 28 U.S.C. Section 1746 as follows:

1. I am over eighteen and am competent to testify about the facts personally known to me as set forth herein.

2. I was born in the United States and am a United States citizen. I am currently a resident of Texas.

3. I am plaintiff Juan Antonio Manrique's mother.

4. I remember Juan Antonio as a little boy was always active and cheerful. He always seemed to be in motion and enjoyed all sorts of activities.

5. I was hoping that he might go to college but he decided to follow in his older brother's footsteps and enlist in the Air Force upon graduating from High School.

6. We stayed in close touch and I remember visiting him in basic training.

1

7. Eventually he was assigned to the Eglin Air Force Base in Florida. We continued to stay in touch as much as possible, but the cost of long-distance calls at the time limited our communications more than I would have liked.

8. In 1996 I knew he had been deployed to an Air Base in Saudi Arabia but wasn't sure I recalled the name. So I was uncertain about where he was when I first heard about the attack on the Khobar Towers on June 25, 1996. When I heard about the attack I went over to my sister-in-law's house to be with family. I lived alone at that time with my youngest son.

9. We watched the news on tv until I heard from my oldest son who was also in the Air Force. I asked him whether the explosion had happened at Juan Antonio's air base. He said unfortunately yes it was his air base. When I heard that I felt myself going weak in the knees—I had seen the horrible images on the news of the buildings almost completely destroyed. I began to shake and cry. I asked my older son to try to find out if Juan Antonio was ok.

10. I did not hear back for several hours. Those hours were full of pain and anxiety. Eventually I heard first from Juan Antonio's fiancé at the time, April, and then finally from Juan Antonio himself. He called to say he was ok. I asked him over and over to make sure he really meant it and wasn't just saying it to make me feel good.

11. When Juan Antonio returned to the States I sensed that my son was different. He seemed very quick to anger even when he was speaking on the phone with me. Once he even hung up and I couldn't understand why. He seemed on edge and certainly did not seem to be the same happy and active young man he had been.

2

12. I know that he has sought and received therapy for PTSD, and I am pleased because it seems to have helped him. I can now have a good conversation with him and he seems much more patient and understanding. I am very proud of him.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Maria V. Hughes

Maria V. Hughes

Executed on : October 27, 2023

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOLE et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 23-cv-00793 (BAH) |
| | ) |
| THE ISLAMIC REPUBLIC OF IRAN, | ) |
| Defendant. | ) |

## DECLARATION OF PLAINTIFF MIKE BASS

Michael W. ("Mike") Bass declares pursuant to 28 U.S.C. Section 1746 as follows:

1. I am over eighteen and competent to testify about the facts personally known to me as set forth herein.

2. I was born in the United States and a United States citizen. I am currently a resident of Texas. My full legal name is Michael W. Bass, but I generally go by Mike Bass.

3. In 1996 I was stationed at Camp Zama Army Base in Japan as part of an Air Force detachment. I volunteered to go to Dhahran Air Force base in Saudi Arabia. I was a communications specialist with special expertise in satellite and RF communications as they needed my skills and expertise in Dhahran, where I was housed at the Khobar Towers residential complex.

4. On June 25, 1996, I was working night shift at the mobile communications center, a wooden and tent structure on the Air Base a few miles from the residential Khobar Towers area. While I was working on shift, the terrorist truck bomb exploded. The blast hit my building

1

where I was working, the whole building rattled and shook as if a semi-truck hit the building. I was startled and scared. I thought we were under attack from bombs or missiles and felt an immediate apprehension of harm. We lost all power and communications almost immediately. I applied myself to restoring power and then bringing communications systems back online. I had to go outside and gather personnel to restart generators. I noticed the glow in the sky from the direction of the Khobar Towers, as well as a mushroom cloud of smoke rising in the darkness. I had a sinking feeling about what may have happened, but no time to reflect because I knew my number one priority had to be restoring communications as quickly and completely as possible. I worked through the morning, well past my 12-hour night shift as the flood of communications requirements continued to rise as every organization had immediate communication needs in order to respond and gather intelligence on what had happened. All done under a continuous threat of possible further attacks.

5. When I returned to the Khobar Towers, later that morning, I saw the devastation all around. There was dust, debris, damaged buildings and broken windows throughout the complex, and marks of blood everywhere. There were many wounded, including some of my good friends. I helped where I could, first with the wounded and then with the clean-up effort. I have tried to erase much of what I saw from my memory. The anxiety and alertness of the moment of the bombing still remains.

6. I went back to work on the communications for the air base making sure everything was operational and secure. Some months later I was surprised and honored to receive an "Airman of the Year" award for quickly restoring and maintaining communications in the aftermath of the bombing.

7. At the time of my return to Japan I was not offered any sort of PTSD counseling or care.

8. I have not sought any PTSD counseling or care because I was worried it might negatively impact my career, first in the Air Force and subsequently as a civilian contractor for the Air Force.

9. However, the terrorist attack alone with the things I saw and experienced in the immediate aftermath of June 25, 1996, had a deep and possibly detrimental impact on me. I have sleep issues and often startle when there are loud noises, like a car backfire or fireworks. I have trouble with personal relationships and trust issues. I am averse to being anywhere near a large truck or other vehicle parked anywhere nearby, and even in traffic while driving, fearing that it could contain a large bomb that will explode.

10. We all handle and process traumatic events in different ways. For me the best way of coping has been to try to push what happened into the background and stay busy with other things. But the terrorist attack and its aftermath has affected me deeply and left me with mental scars.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Mike Bass

Executed on: October 3/, 2023

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOLE et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 23-cv-00793 (BAH) |
| | ) |
| THE ISLAMIC REPUBLIC OF IRAN, | ) |
| Defendant. | ) |

## **DECLARATION OF PLAINTIFF JOHN D. BROOKS**

John D. Brooks declares pursuant to 28 U.S.C. Section 1746 as follows:

1. I am over eighteen and am competent to testify about the facts personally known to me as set forth herein.

2. I was born in the United States and am a United States citizen. I am currently a resident of Florida.

3. I enlisted in the Air Force in December 1992 after graduating from High School earlier that year. I did basic training at Lackland Air Force Base, and went through technical training and education at Lowry Air Force base, before being assigned to serve at Eglin Air Force Base in Florida.

4. I was first deployed to the Dhahran Air Force Base in Saudi Arabia in 1995, and I was on my second rotation there in June 1996. My roommate there was Earl Cartrett, Jr.. We were housed at the Khobar Towers residential complex in Building 131. Earl and I were very close friends and had been close friends since we first met back at Eglin. We did everything together,

1

from video games, to working out at the gym, to beach volleyball, to just hanging out. These activities often included our third good friend, Darrin Bosin.

5. On the evening of June 25, 1996, Earl had offered to get us both packed up, as we were preparing to return back to Eglin Air Force Base. I appreciated his offer of help, and went to my normal night shift at the Dhahran Air base a few kilometers away from our Khobar Towers residence. I was working on F-15 Avionics there.

6. Suddenly, I felt the ground rumble and heard an enormous blast. The door to the building cracked open but then closed. I was shaken by the sound of the blast. Outside, I could see an enormous mushroom cloud rising above the Khobar Towers. I felt an immediate apprehension of fear. I thought we were under attack and that we could be hit by incoming missiles. I also felt fear and concern for what must have happened at the Khobar Towers. I knew immediately that there must have been many injured and perhaps killed there because of the size and power of the blast that came from that direction.

7. I stayed at the hangar to prepare the fighter planes for action. We worked around the clock and initially had very little news or information about what had happened.

8. As the hours went by some information about the truck bomb explosion began to trickle in, and there was information about fatalities, but we were not told the identities of those who were killed.

9. I did not learn that my roommate Earl Cartrett, Jr., was among the dead until later. But I had a terrible feeling about him because I did not hear from him or about him from any of our mutual friends.

2

10. His death was confirmed on a list released only two days later. When I saw he had been confirmed as a fatality I was overcome with grief and anger. All told, I knew and was friends with seven of the airmen whose names were on the list as having died that night at the Khobar Towers.

11. This was the worst moment of my life. Until then, I had never known the grief of losing someone so close to me and so near my age. Here that grief was mixed with anger against those who could have perpetrated such a heinous terrorist attack.

12. I began to have hallucinations. For weeks and months afterwards, I thought I saw Earl's face looking out at me from the tv and from elsewhere. I had nightmares and insomnia.

13. I was first diagnosed with PTSD upon my return to Eglin in 1996. My PTSD never went away. I sought help and therapy for PTSD from time to time. I attach a "Psychological Assessment" from the VA issued in 2018 which recounts my experience at the Khobar Towers and identifies that as the source of my PTSD. It reports that the result of my PTSD screening was "positive" with a score of 4. Exhibit A attached.

14. In addition to nightmares and insomnia, I have other symptoms of PTSD. I have had difficulties with social and family relationships, anger management issues, and fear of and avoidance of loud noises.

15. I have applied for a disability rating from the VA based on my PTSD but have not yet at the date of this writing received a decision.

16. My life has never been the same since the attack. I feel like I am still carrying the weight of what happened around with me, and I still think of my friend Earl Cartrett, Jr., frequently. I miss him and grieve for him and the others who were killed every day.

3

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

John D. Brooks

Executed on : November ~~~~~ , 2023

4

Exhibit A: Brooks Declaration

BROOKS, JOHN DAVID
Date of Birth: 19 Feb 1972                                          Page 40 of 196

My outside pharmacy is Winn Dixie the phone number is 352-493-7447


------Original Message------
Sent:  08/06/2018 09:15 AM
From:  CICCARONE, NANCY
To:  BROOKS, JOHN
Subject:  Please approve my refill for Linsinopril


I will need you to provide the Fax number for your pharmacy please. You will
need to provide this each time you request a prescription to be faxed to an
outside pharmacy. Thank you

JoAnne Ciccarone
LPN


/es/ Nancy J. Ciccarone LPN
LPN
Signed: 08/06/2018 09:15

08/06/2018 ADDENDUM              STATUS: COMPLETED
Fax # 352-490-7711

/es/ Nancy J. Ciccarone LPN
LPN
Signed: 08/06/2018 14:57

| | |
|---|---|
| Date/Time: | 01 Aug 2018 @ 0904 |
| Note Title: | PSYCHOLOGICAL ASSESSMENT |
| Location: | N. FLORIDA/S. GEORGIA VHS |
| Signed By: | WATSON,LISA CAMILLE |
| Co-signed By: | WATSON,LISA CAMILLE |
| Date/Time Signed: | 01 Aug 2018 @ 1312 |

**Note**


LOCAL TITLE: PSYCHOLOGICAL ASSESSMENT
STANDARD TITLE: PSYCHOLOGY E & M NOTE
DATE OF NOTE: AUG 01, 2018@09:04    ENTRY DATE: AUG 01, 2018@09:04:44
    AUTHOR: WATSON,LISA CAMILLE  EXP COSIGNER:
    URGENCY:              STATUS: COMPLETED

PC-MHI Clinical Intake

+ present hopefulness,
- religious convictions against suicide
- has not thought about suicide or taking his/her life

Suicide risk is currently assessed as low-acute risk and moderate-chronic risk. Veteran does have several risk factors including his gender, race, history of depression, access to weapons, fleeting suicidal thoughts; however, he also has numerous protective factors including good relationship w/ mother and daughter, secured living environment, stable job, and denying hopelessness.

Gun safety assessed: pt reported he has guns and has them stored in locked cabinet unloaded; gun safety reviewed

PRESENTING CHIEF COMPLAINT:
Mr. Brooks reported experiencing depressive sxs 8-9 yrs ago due to marital distress and had a resurgence of sxs about four years ago when his father had open heart surgery. He noted over the past few years each time he took a family vacation, his father ended up in the hospital. Mr. Brooks shared this April, while on vacation, his father had kidney failure and a stroke and ended up dying in the hospital. He noted he was able to see his father before he died but his father was quite ill and not very responsive. Mr. Brooks reported he has not grieved the death of his father because he has been focused on changing jobs to be closer to his mother whose health is also impaired. He noted he finds himself worrying about finances, his mother's health, work, and
daily activities and has abandoned several activities he once enjoyed (boating and theme parks). He was administered the PHQ-9 and scored within the moderate-severe range w/ sxs including anhedonia, sadness, insomnia, fatigue, fluctuating

appetite, poor self-image, difficulty concentrating, restlessness, and SI (without plan or intent) that make daily fx very difficult.

Secondary to depression and grief, Mr. Brooks reported he experienced a traumatic event (Khobar Towers bombing of 1996 in Dhahran, Saudia Arabia). This terrorist attack killed 19 service members (many of whom he knew) and injured hundreds of civilians. He noted he lived in that building with his best friend and roommate. They lived in that building for three months before it was bombed. Mr. Brooks shared he had to work that day while his friend stayed home to pack and his friend was killed in the incident. He reported he continues to have various nightmares a few times/mth, avoids reminders of the event, hypervigilant, and experiences emotional numbness. Mr. Brooks noted two years ago, the Air Force had a 20yr celebration of the attack and the incident brought up a lot of strong emotions for him again.

CLINICAL ASSESSMENT MEASURES:

PTSD Screen PC PTSD
A PTSD screening test (PC-PTSD) was positive (score=4).



Have you ever had any experience that was so frightening, horrible

or upsetting that, IN THE PAST MONTH, you:

1. Have had any nightmares about it or thought about it when you did
not want to?
Yes

2. Tried hard not to think about it or went out of your way to avoid
situations that remind you of it?
Yes

3. Were constantly on guard, watchful, or easily startled?
Yes

4. Felt numb or detached from others, activities, or your
surroundings?
Yes

PROVIDER EVALUATION: The results of the PTSD screen have been reviewed. I
have personally evaluated the patient including inquiry about feelings of
hopelessness, suicidal thoughts, suicide plan if thoughts are present, and
prior suicide attempts. Based on the evaluation, the following disposition
plan will be implemented:
  Patient to be treated in Primary Care
    Positive PTSD screen evaluated and patient to be managed in Primary
    Care.  Contact number for the Veteran's Crisis Line (1-800-273-8255)
    and instructions for accessing emergency services provided.
      Comment: Pt will be seen by current Provider


  Alcohol Screen AUDIT C
    An alcohol screening test (AUDIT-C) was negative (score=1).

    1. How often did you have a drink containing alcohol in the past year?
    Monthly or less

    2. How many drinks containing alcohol did you have on a typical day
    when you were drinking in the past year?
    0 drinks

    3. How often did you have six or more drinks on one occasion in the
    past year?
    Never

Alcohol: The results of the Alcohol Screen have been reviewed.
Patient advised to drink within recommended limits.
Younger men (under age 65) No more than 2 drinks per day on average
(14 drinks per week)
Women and Older Adults (Greater than 65) No more than 1 drink per day
on average (7 drinks per week)

General alcohol-related counseling regarding relationship of
alcohol to the patient's specific health issues.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOLE et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 23-cv-00793 (BAH) |
| | ) |
| THE ISLAMIC REPUBLIC OF IRAN, | ) |
| Defendant. | ) |

## DECLARATION OF PLAINTIFF DARRIN J. BOSIN

Darrin J. Bosin declares pursuant to 28 U.S.C. Section 1746 as follows:

1. I am over eighteen and am competent to testify about the facts personally known to me as set forth herein.

2. I was born in the United States and am a United States citizen. I am currently a resident of Florida.

3. I enlisted in the Air Force in 1993, shortly after graduating from High School. In June 1996 I was on my second rotation at the Dhahran Air Force Base in Saudi Arabia, and getting ready to return to Eglin Air Force Base in Florida where I was stationed. I was a decorated & dedicated Senior Airman with my job responsibility being F-15 avionics, in which I was trusted and knowledgeable beyond my rank with the intention of signing my reenlistment paperwork upon returning to Eglin. I was housed at the Khobar Towers residential complex, in buildings 129 and 131, in which I spent most of my time.

1

4. I was best friends with Earl F. Cartrette Jr., whom we referred to as Junior (or "JR"), and John Brooks. They were my "second set of roommates" because of the uniquely close bond & friendship the three of us shared.

5. On June 25, 1996, I was working a night shift at a hangar on the Air Base a few miles from the residential Khobar Towers area.  While I was working there, a huge blast hit and I felt the ground shake and the whole building move and rattle, including its 50-ton metal door.  I was startled and scared.  I thought we were under attack from incoming SCUD missiles, from Iraq, and felt an immediate apprehension of harm.  My shift supervisor started to pass out rifles and ordered us to prepare the fighter jets for launch.  I went outside briefly and despite it being nighttime in the desert, I could see a tremendous amount of smoke rising from the direction of the Khobar Towers residences, so much so, that the mushroom cloud seemed to blot out most of the stars in the night sky.  I had a bad feeling about what must have happened but the skeleton crew of us that were still at the hangar had to immediately get to the business of preparing our jets for war.  We were in a communication "dead-zone" and it took quite a while before information, most of it being incorrect, began to make its way to us to learn what happened. The miscommunication & massive amount of inaccurate information manifested into a traumatic event for myself, my mother & my father, as for the first couple of days, it was reported that I was killed in the bombing. At the time, my father was an Admiral in the US Coast Guard and had recently worked at the Pentagon, and the bad information was passed to him and my mother. It was not until day 3 after the bombing that I was able to finally place a call home.

6. After what was probably at least 15 to 18 hours working non-stop on the flightline and at the hangar, preparing the jets for combat. I was tasked with returning to the Khobar Towers to see if we could render aid and help with rescue efforts.  I could not believe the devastation I saw

2

there. Building 131, where I spent most of my time and where most of my friends were who were killed, including JR, had one face of the building completely sheared off. The building next door, building 129, where my room was with 2 other roommates, had huge cracks in the structure and appeared ready to collapse. Everywhere you looked there was blood, glass, building debris, tourniquets and bandages. People were rushing around yet also confused as to what could be done. I disregarded the appearance of my building and went to look for people in my suite. What I saw, smelled & tasted will never escape me as I think about it daily and it is often what my dreams & nightmares are about. The floors were covered in my friends' blood and the walls were smeared with handprints. In my room, I noticed that the 100lb. air conditioner unit had been blown out of the window frame 20ft away with such force that it flew across the room where it split my pillow in half and impaled itself in my mattress. Had I been lying there at the time the blast hit, I would have been decapitated instantly and never would have had a chance.

7.  We weren't able to provide much aid at the barracks so I went back to the hangar where I had been working. We were able to grab some towels and chairs as the decision was made to turn our hangar into a shelter and triage center.  It was used to help those who did not need to be immediately hospitalized or evacuated. As I and a handful of others that were at the hangar at the time of the bombing were not physically affected by the bomb, we were responsible for providing aid and helping several hundred of my friends and colleagues from our squadron (58th FS). Nearly all of them were injured in some way and many were seriously hurt resulting in life changing disabilities. Without hesitation, we all helped each other, but are now left with the memories of friends wailing in pain and trying to help treat their wounds and provide comfort. One memory that I think about all the time is helping my friend Mitch Wright, whom had his

entire face wrapped in a bandage as he had glass shards blown into his face & eyes and arms and was not able to move around on his own or do anything without assistance.

8. I did everything I could to help the hundreds of injured from my squadron. I later was assigned to the "casket detail" to load all 19 caskets on the military transport back home. And while it was an honor and a privilege to be a part of their final journey home, carrying a flag draped casket for 12 of my friends and 7 airmen from other bases is in itself a life altering experience. At the time, some names had begun to trickle out, but it wasn't until later that I learned for certain that my best friend, my brother, Earl F. Cartrette, Jr., was in one of the caskets I helped to load. When I learned that, I felt an overwhelming sense of grief and loss that has not dissipated in 27+ years. It is/was only matched by my anger!

9. Days later, after I returned to Eglin Air Force base in Florida did, I begin to feel like I was out of harm's way. However, to this day, I have never felt safe. The trauma of losing 12 friends, including my best friend Earl F. Cartrette Jr., affected me deeply. Prior to deploying to Saudi Arabia, I had planned to reenlist and make the Air Force my career but upon returning, I cancelled my reenlistment and left the Air Force much earlier than I had originally planned.

10. In the years immediately following the bombing, I engaged in many risky behaviors, including racing motorcycles, and turning to alcohol as a way too cope. I tried to "outrun" & numb the turbulent feelings and guilt inside me. For many years I denied those symptoms and intentionally buried the reality of how what happened in 1996 has affected my life.

11. For many years afterwards, and still to this day, I have suffered from PTSD. I have nightmares, anger management issues, trust issues, and survivor's guilt. I was formally diagnosed with PTSD in 1996 by the base Doctor at Eglin, AFB. Upon separation from the US

Air Force in December 1996, I ran from dealing with my PTSD at the Veterans Administration (VA) and isolated myself from friends that were at Khobar Towers with me. In 2001 I tried unsuccessfully to enroll in therapy for PTSD. I was diagnosed by the VA at the time. Exhibit A. However, I could not continue treatment at that time. In the last year I have decided to not be a statistic and to seek treatment for my PTSD and other disabilities from being at ground zero for the bombing. See Exhibit B. I see both a psychologist and a psychiatrist on a regular basis. I am undergoing the following therapies for PTSD: Prolonged Exposure Treatment; and STAIR therapy (Skills Trraining in Affective and Interpersonal Relationships). See Exhibit C.

12. I have applied for a disability rating from the VA based on my severe PTSD but have not yet at the date of this writing received a decision. However, my case is in review and I have received letters from the VA confirming, as such. My case worker with the Disabled American Veterans organization estimates a rating of 100% based on the PTSD and ulcerative colitis & GERD that has afflicted me since being stationed at Khobar Towers.

13. Before the Khobar Towers terrorist attack, I was a good natured and optimistic individual. I thought I had a bright future, and career in the US Air Force, ahead of me. However, my life has never been the same since the attack. I feel like I am still carrying the weight and guilt of what happened around with me, and I still think of all of my friends, especially, Earl F. Cartrette, Jr., on a daily basis. I miss him and others who returned only in the caskets I helped to load.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Darrin J. Bosin

Executed on : December 7, 2023

6

EXHIBIT A BOSIN DECLARATION

**Medical Center**                          **1601 SW Archer Road**
                                            **Gainesville, FL  32608-1197**



# Department of
# Veterans Affairs

In Reply Refer To 573/116B

'Dear Veteran:

Your doctor or therapist has asked us to contact you about being treated in our clinic. We are the PTSD Clinical Team and Anxiety Recovery Clinic (PCT/ARC) of the Gainesville VA Medical Center. We treat veterans who have problems with PTSD and Anxiety Disorders. We have sent some more information about our clinic with this letter.

We would like to invite you to an Orientation Group in our clinic. The group will help you find out more about our clinic and help us find out more about the problems you are having. The people coming to this group are veterans who have been referred to our clinic for problems with PTSD and Anxiety. It is a first step in your treatment in our clinic.

Please read the information that came with this letter. If you would like to be treated in our clinic, fill out the form that came with this letter. Bring the form and a copy of your DD214 to the group.

The group meets Wednesday ____8-28-02____ at 1:00 PM at the Gainesville VA Medical Center. Please come to Room 2E-266 to check in and a member of our staff will show you the meeting place. Please be on time.

We look forward to meeting you and working with you.

If you have any questions about the PCT/ARC, please contact me at (800) 324-8387 ext. 6127 or (352) 374-6127.

Sincerely,

LEE A. BRIDGEWATER, Ph.D.
Coordinator, PCT/ARC

MEDICAL RECORD                                           Progress Notes

---

NOTE DATED: 12/06/2001 08:41  PSYCHIATRY INITIAL ASSESSMENT MHC (T)
VISIT: 12/06/2001 09:30 GMHC/BURNS,LCSW
SOURCE OF REFERRAL: 27 YO  WHITE, NOT OF HISPANIC ORIGIN MALE
ELIGIBILITY: MSC VETERAN

CHIEF COMPLAINT: "DEPRESSED ON AND OFF FOR THE PAST FIVE YEARS.  BUT THERE
HAVE BEEN THINGS THAT WILL TRIGGER MY DEPRESSION
AS INSIGHT ABOUT RIDING HIS MOTOR CYCLE TOO FAST AND AGGRESSIVELY.
SLEEP-HAS SLEEP PROBLEMS WHEN DEPRESSED.  THINKS ABOUT WHAT EVER HAS
TRIGGERED THE DEPRESSION, SLEEPS FOR ONLY A FEW HOURS THEN REAWAKENS.  NOT
RESTFUL, STILL TIRED UPON AWAKENING.  WILL HAVE DISTURBING DREAMS ABOUT
THE FRIEND HE LOST IN KHOBAR, OR AN EX-GIRLFRIEND.  THINKS ABOUT KHOBAR
ALMOST EVERY DAY, MISSING HIS BEST FRIEND WHO DIED IN THE BOMBING.  ALSO
SEPTEMBER 11TH TRIGGERED MEMORIES.  SOMETIMES NEWS OF OTHER BOMBINGS ETC.
DID NOT GRIEVE AFTER THE LOSS OF HIS FRIEND AND HAS ALWAYS BOTTLED UP HIS
FEELINGS.

HX OF PRESENT ILLNESS/TREATMENT: ON AND OFF FOR THE PAST FIVE YEARS SINCE
THE BOMBING OF THE KHOBAR TOWERS IN SAUDI ARABIA.

PAST PSYCHIATRIC HX: DENIES PROBLEMS PRIOR TO THE BOMBING.

FAMILY HX OF PSYCHIATRIC ILLNESS: DENIES

SOCIAL HX: family of origin: PT GREW UP IN MANY DIFFERENT PLACES, MOSTLY
MARYLAND AS FATHER WAS IN THE MILITARY.  PT DESCRIBED HIS CHILDHOOD AS
"PRETTY HAPPY, IT WAS A NORMAL CHILDHOOD.  PT HAS ONE STEP BROTHER, THREE
STEPSISTERS, AND ONE BROTHER.  HE IS THE SECOND YOUNGEST CHILD.  HE
REPORTED THAT HE GOT ALONG WELL WITH BROTHERS GREAT.  HIS SISTERS WERE
ALREADY OUT OF THE HOUSE.  HE REPORTED THAT HIS FATHER WAS A STRICT
DISCIPLINARIAN AND ALWAYS OUT TO SEA.  HE IS CLOSE TO HIS STEPFATHER BUT
NOT HIS BIRTH FATHER.  HAS A VERY GOOD RELATIONSHIP WITH MOTHER.

Military service: AIRFORCE, 1993-1997

Immediate family/significant other: GIRLFRIEND, KRISTEN BLINT

current living situation: LIVES WITH TWO ROOMMATES

Employment: BARTENDER

Finances: SOME FINANCIAL PROBLEMS

Hobbies and activities: WORKING OUT, SPENDING TIME WITH FRIENDS AND
GIRLFRIEND

HX OF ABUSE:DENIES      HX OF SEXUAL ABUSE: DENIES            SEXUAL HX:
HETEROSEXUAL, NO PROBLEMS, ONE PARTNER

TRAUMA/PTSD HX: SURVIVED THE KHOBAR TOWERS, HAS DISTURBING DREAMS ABOUT
                    ** THIS NOTE CONTINUED ON NEXT PAGE **

---

ROSEN,DARRIN J                   N FL/S GA VHS          Printed:08/20/2002 13:42
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 DOB:09/26/1974    Pt Loc: OUTPATIENT                    Vice SF 509

---

---

MEDICAL RECORD                                              Progress Notes

---

12/06/2001 08:41      ** CONTINUED FROM PREVIOUS PAGE **

BEST FRIEND WHO DIED IN THE BOMBING, WILL HAVE HAVE VARIOUS THINGS TRIGGER
EMOTIONS ASSOCIATED WITH THE BOMBING. WTC BOMBING TRIGGERED VERY SAD
EMOTIONS RE: BEST FRIEND WHO DIED AT KHOBAR. THINKS ABOUT BEST FRIENDS
EVERYDAY, REGARDLESS OF BEING DEPRESSED OR NOT. PT REPORTED THAT HE
THINKS ABOUT HIS FRIEND BUT DOES NOT FEEL GUILTY ABOUT THE CIRCUMSTANCES
OF HIS DEATH.

HX OF VIOLENCE/LEGAL HX: DENIES

HX OF SUICIDE ATTEMPTS: DENIES

SPIRITUAL AND CULTURAL ASSESSMENT: NON-PRACTICING, BELIEVES IN GOD. GREW
UP IN VARIOUS PARTS OF THE US.

SUBSTANCE ABUSE HX: DENIES

MEDICAL HX: DENIES

PAIN ASSESSMENT:
   Are you having any pain?   (X)no  If patient verifies zero pain, provider
   proceeds immediately to the MENTAL STATUS EXAM.  If the patient answers
   ( ) yes provider proceeds with the complete pain assessment as
   follows:


MENTAL STATUS:
Appearance: WELL GROOMED WHITE MALE APPEARING TO BE HIS STATED AGE DRESSED
CASUALLY AND APPROPRIATELY IN CLEAN CLOTHING.    Speech: NO OVERT
PATHOLOGY NOTED, WNL FOR R/R/T/V          Attitude and Behavior:  PLEASANT
AND COOPERATIVE, GOOD EYE CONTACT
Mood: DEPRESSED            Affect: CONGRUENT
Content:NO EVIDENCE OF THOUGHT D/O, HAS SOME PREOCCUPATIONS WITH DECEASED
FRIEND         SI/HI: DENIES        Process:
LOGICAL, LINEAR, GOAL DIRECTED
Perceptions: NO EVIDENCE, PT DENIES
Level of Consciousness:ALERT        Memory:IMMEDIATE, RECENT, REMOTE INTACT
Concentration: ABLE TO ATTEND WITHOUT REQUIRING REPETITION OF QUESTIONS;
ABLE TO COMPLETE BACKWARD SERIAL 7'S.
Orientation:X4         Abstraction ability:3:3 PROVERBS APPROPRIATELY
Estimate of intellectual ability:WITHIN NORMAL RANGE, POSSIBLY HIGHER
Insight:GOOD         Judgement: GOOD

EDUCATIONAL ASSESSMENT: Educational level: ASSOCIATES DEGREE      Primary
language: ENGLISH
Barriers to teaching/learning:        Readiness to learn: INTERESTED
Cultural/religious factors affecting learning:VALUES HARD WORD
Is the pt the
primary learner? YES
                  ** THIS NOTE CONTINUED ON NEXT PAGE **

---

BOSIN,DARRIN J                  N FL/S GA WHS          Printed:08/20/2002 13:42
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 DOB:09/26/1974     Pt Loc: OUTPATIENT              Vice SF 509

---

EXHIBIT B BOSIN DECLARATION

Home (https://www.va.gov/) ›

Check your claims and appeals (https://www.va.gov/track-claims/your-claims) ›

Status of your compensation claim (https://www.va.gov/track-claims/your-claims/101731315)

# Your compensation claim

## Submitted on September 5, 2023

**What you've claimed:** chemical exposure (claimed as GERD, Colitis, Polyps, hemorrhoids) (New), left shoulder (New), lower back (New)
See all your claimed contentions (https://www.va.gov/track-claims/your-claims/101731315/details).



**⚠ 2 items need your attention**

> **View Details (https://www.va.gov/track-claims/your-claims/101731315/files)**

✓ **Claim received**                                                                    **+**

✓ **Initial review**                                                                    **+**

3 **Evidence gathering, review, and decision**                                          **—**

If we need more information, we'll request it from you, health care providers, governmental agencies, or others. Once we have all the information we need, we'll review it and send your claim to the rating specialist for a decision. There may be times when a claim moves forward to "Preparation for notification" and then briefly back to this stage for more processing.

**Latest update**

**December 6, 2023**

We added a notice for: <u>21-4142a (https://www.va.gov/track-claims/your-claims/101731315/document-request/205114890)</u>

**Past updates (3)**

Show past updates

**4    Preparation for notification**

**5    Complete**



# Need help?

If you have questions, please call us at <u>800-827-1000</u>. We're here Monday through Friday, 8:00 a.m. to 9:00 p.m. ET. You can also <u>contact us online through Ask VA (https://www.va.gov/contact-us/)</u>

Home (https://www.va.gov/) ›

Check your claims and appeals (https://www.va.gov/track-claims/your-claims) ›

**Details of your compensation claim (https://www.va.gov/track-claims/your-claims/undefined)**

# Your compensation claim

## Submitted on September 5, 2023

**What you've claimed:** chemical exposure (claimed as GERD, Colitis, Polyps, hemorrhoids) (New), left shoulder (New), lower back (New)
See all your claimed contentions (https://www.va.gov/track-claims/your-claims/101731315/details).





## Claim type

Compensation

## What you've claimed

chemical exposure (claimed as GERD, Colitis, Polyps, hemorrhoids) (New)

left shoulder (New)

lower back (New)

✓ sleep disturbances (New)

tinnitus (New)

right knee (New)

sinusitis (New)

left ankle (New)

left knee (New)

hearing loss (New)

gerd (New)

sciatic nerve (New)

traumatic arthritis of bilat ankle (New)

ulcerative colitis (New)

ptsd (New)

## Date received

Sept. 5, 2023

# Need help?

If you have questions, please call us at 800-827-1000. We're here Monday through Friday, 8:00 a.m. to 9:00 p.m. ET. You can also contact us online through Ask VA (https://www.va.gov/contact-us/)



EXHIBIT C BOSIN DECLARATION



## Posttraumatic Stress Disorder (PTSD) Clinic
### Outpatient Treatment Program – James A. Haley Veterans Hospital

### Welcome to our clinic!

We are a multi-disciplinary recovery-focused outpatient treatment program for PTSD. Our goal is to assist individuals with decreasing their trauma symptoms to increase their quality of life. The treatments that we offer within the clinic are designed to be brief, problem-focused, and time limited; with an emphasis on addressing and resolving the impact of trauma.

Many times, after an individual completes trauma-focused care there will be additional concerns that the individual will want to address (e.g., depression and anxiety, substance use, family stressors); if that is the case your provider will help refer you to additional programming outside of our clinic to continue to meet your individualized needs.

Appointments in the PTSD Clinic are available either in-office or virtually by telephone or through VA Video Connect (VVC). If you are interested in virtual visits, your provider will discuss with you which option for virtual appointments will best meet your needs.  You can learn more about VVC here:  https://www.mobile.va.gov/app/va-video-connect

### VA Video Connect – Expectations for Virtual Visits:
We ask that you treat your virtual visit like you would an in-office visit. We request that you:
- Be prepared for the session, including:
  - Presenting on time
  - Being fully dressed
  - Sitting in an upright position
- Ensure location is private and quiet:
  - Close the door
  - Silence phones, other devices
  - No interruptions— children, pets, others in the home
- Do not audio or video record sessions or take photos (unless this is a part of the treatment, which will be indicated by the therapist)
  - This will ensure your privacy and the privacy of others
- Do not engage in other activities or any activities that you would not engage in at clinic
  - No smoking, drinking alcohol, or using illegal substances during session
  - No driving, riding in a car, taking public transit, walking, watching TV, eating, cooking, or being in a public setting
- May request to eat during session if meeting during your lunch break
- May choose to connect sitting in parked/stationary car
- Moving vehicles pose other risks



**DEPARTMENT OF VETERANS AFFAIRS**
James A. Haley Veteran's Hospital
10770N. 46th Street Bldg. E
Tampa, FL 33612
813-631-7123



**Defining EXCELLENCE in the 21st Century**

- **Combining medication and therapy can enhance treatment success rates**
- 60-90 minute medication evaluation to assess necessity and appropriateness with a medication provider
- If prescribed medications, you will follow up with a psychiatrist every 4-6 weeks or as clinically indicated

| | |
|---|---|
| [redacted] Individual Only | 8-15 sessions<br>90 min sessions<br>PE is designed to systematically teach you to gradually approach trauma related memories, feelings, and situations that you have been avoiding since your trauma. Trauma related avoidance is addressed through 2 types of exposures: imaginal exposure (talking through your trauma) and in vivo exposure (approaching safe, but anxiety provoking, trauma reminders)<br>Whiteboard video:<br>https://www.youtube.com/watch?v=rHg_SlEqJGc |
| **Cognitive Processing Therapy (CPT)**<br>- Individual Only | - 9-12 sessions<br>- Individual (60 minute)<br>- CPT teaches you to evaluate and change the upsetting thoughts you have had since your trauma. By changing your thoughts, you can change how you feel. Trauma related thoughts are gathered through the individual looking at the impact that the trauma has had on their life, and is explored through various themes (e.g., safety, trust, power and control, intimacy, and esteem).<br>Whiteboard video:<br>https://www.youtube.com/watch?v=Jqj5zDbkPxY |
| **EMDR (Eye-Movement Desensitization and Reprocessing) Therapy**<br>- Individual Only | - 8-12 weekly sessions<br>- 90 min<br>- EMDR helps you process upsetting memories, thoughts, and feelings related to the trauma. By processing these experiences, you can get relief from PTSD symptoms. In EMDR, you will pay attention to a back-and-forth movement |

 ★★★★



VA | Defining
HEALTH | EXCELLENCE
CARE | in the 21st Century

| | |
|---|---|
| | Veterans find this class helpful for learning coping skills to manage their trauma-related symptoms. **Due to high appointment demand, you must contact Mr. Barfield and Ms. Bazin directly at 813-631-2537 and 813-631-2517, respectively, to request a VVC appointment link.** |
| **Stress Management**<br><br>- Group Only | - The Stress Management Class is offered **both virtually and in-person. This class is offered in-person on Mondays (1000-1100)** at the Department of Veterans Affairs/Outpatient Center located at: 10770 North 46th Street. Building E. 33617. This class is offered **virtually on Tuesdays (1300-1400).** Many Veterans find this class helpful for learning coping skills to manage general stress in their day-to-day lives.<br>- **Due to COVID-19 social distancing requirements, the in-person offering of this class is by appointment only. You must contact Ms. Bazin directly at 813-631-2517 to request an in-person appointment.** |
| ~~Skills Training in Affective and Interpersonal Regulation (STAIR) Group or Individual~~ | ~~12 sessions~~<br>~~Individual (60 minute) or Group (90 minute)~~<br>~~STAIR group is offered virtually only on Thursdays (1300-1430).~~<br>~~STAIR is designed to learn skills that help PTSD symptoms, cope with distressing feelings, understand more about emotional experiencing, and learn how to improve one's relationships. STAIR is best offered in a group format.~~ |
| **Present Centered Therapy (PCT)**<br><br>- Individual Only | - 10 – 12 sessions<br>- 60 – 90 minutes<br>- PCT is a non-trauma focused treatment designed to target daily challenges that individuals with PTSD encounter. In PCT, you will learn how PTSD symptoms disrupt your day-to-day functioning, effective strategies for addressing daily challenges, and practice new problem-solving skills. |



★ ★ ★ ★ ☆

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOLE et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 23-cv-00793 (BAH) |
| | ) |
| THE ISLAMIC REPUBLIC OF IRAN, | ) |
| Defendant. | ) |

**DECLARATION OF PLAINTIFF CYNTHIA M. ANTHONY**

Cynthia M. Anthony declares pursuant to 28 U.S.C. Section 1746 as follows:

1. I am over eighteen and am competent to testify about the facts personally known to me as set forth herein.

2. I was born in the United States and am a United States citizen. I am currently a resident of Louisiana.

3. I am the sister of George Anthony, who was deployed at the Khobar Towers in Saudi Arabia in June 1996 and was wounded in the attack on the airbase on June 25, 1996. My brother George was awarded damages as a plaintiff in a prior case decided by this Court.

4. I remember that we were a very close-knit family. I had three brothers, George, Alfred (a plaintiff in this case) and Gregory. We often played and did things together. We all played sports, and I remember I would be taken after school to sports events to root for and wait for my brothers, including George. Gregory Anthony died when he was nineteen in an automobile accident. This was devastating to my parents and to all of us.

1

5. George and I had a good relationship growing up. We supported each other in sports and in school. When I heard that George enlisted in the Air Force after graduating high school my parents and I were at first taken aback. We all worried that he would be far away and that we would see much less of him.

6. Although he did move away, he came back to see us whenever he had leave and spent almost all his free time with us at our parents' house. I remember that sometimes his leave was almost a whole month, and those were good times. The whole family would get together and we all enjoyed my father's home cooked meals.

7. I remember what happened on June 25, 1996, vividly. I had gone over to my parents' house to share with them the news that I was pregnant with my first child. While I was there, and while we were all sharing the good feelings about pregnancy, my parents got a phone call which turned the mood very sharply into a somber one. They heard from George's wife at the time that there had been a truck bomb at the Khobar Towers that had done a lot of damage, but there was no word yet about George.

8. My parents were devastated, and I shared their deep concern. They had lost their son Gregory to an automobile accident just a few years before, and they were deeply concerned that George may have lost his life as well. I shared their anxiety as we waited for additional word. I decided to sleep over at their house so that I could be as close to my parents as possible and learn whatever news came in as soon as they did.

9. That was a difficult and agonizing time for all of us. We saw the pictures of the rubble on the tv news and knew that George had been part of that devastation.

2

10. Finally, about 24 hours later, we did get word that George had been injured, but that he had survived. We were overjoyed, even though we still did not know the extent of his injuries.

11. When I first saw George after he returned home, we learned a little more about his physical injuries. But I also sensed some deep psychological scars. George was not the same as he had been before. He was deeply affected by the loss of one of his best friends who was killed in the blast. He did not like to talk about what had happened and seemed "closed off" from us.

12. Although we remain close, our relationship is not the same as what it was before the bombing. I miss the happy, optimistic young man George had been before the bombing. I know he has been through a lot, and is still working his way back to a more normal life.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Cynthia M. Anthony

Executed on : November 14 2023

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOLE et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 23-cv-00793 (BAH) |
| | ) |
| THE ISLAMIC REPUBLIC OF IRAN, | ) |
| Defendant. | ) |

## DECLARATION OF PLAINTIFF ALFRED ANTHONY

Alfred Anthony declares pursuant to 28 U.S.C. Section 1746 as follows:

1. I am over eighteen and am competent to testify about the facts personally known to me as set forth herein.

2. I was born in the United States and am a United States citizen. I am currently a resident of Louisiana.

3. I am the brother of George Anthony, who was housed in the Khobar Towers at the Dhahran Air Base in Saudi Arabia in June 1996 and was wounded in the attack on the airbase on June 25, 1996. My brother George was awarded damages as a plaintiff in a prior case decided by this Court.

4. I was the oldest brother. George was two years younger than me, and then came our younger brother Gregory. All three of us grew up sleeping in the same bedroom together. We

1

did everything together—we went to Church on Sundays, served as altar-boys together, took catechism together.

5. We played outside and rode our bikes together, and then later played school sports together. We were an incredibly close-knit family. We always had each other's backs.

6. Our younger brother Gregory died unexpectedly in an accident when he was twenty. This united the rest of our small family in grief, and brought us even closer together.

7. When George told us he was enlisting in the Air Force, we were shocked. Although we respected his career choice, I knew that I would miss him. I remember my father and I walked with him down to the bus stop where he embarked, and it was very emotional. It may have been the first time I saw a tear in my dad's eye. I went back to our shared "brothers"' bedroom, which now seemed very empty with only me and my younger brother left in it, and cried.

8. George and I stayed in close touch even after he enlisted and I moved out of our parents' house. I always went back to greet him and catch up whenever he came home for leave.

9. I remember that on June 25, 1996, I was at work when I received a phone call from my dad. He sounded very emotional. He told me there had been a truck bomb explosion at the Khobar Towers where George was housed in Saudi Arabia.

10. Our Dad said he didn't know anything further about George—whether he was dead or alive. I felt terrible to hear that and thought that I had already lost one brother, and it would be unbearable to lose another. I prayed that he was ok.

2

11. That was a very long night and next day. I went home to be with my parents and sister. Finally we received a phone call letting us know that George had survived and would be ok. I still remember the huge feeling of relief that swept over me.

12. When I saw him again I realized he had changed. He seemed less communicative and almost like he was still in shock. I feel we lost a piece of him that never came back.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

___*Alfred_Anthony*_____

　　　　　　　　　　　　　　　　　　　Alfred Anthony

Executed on: November 17 2023

3