IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID E. THOLE   et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>THE ISLAMIC REPUBLIC OF IRAN<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 23-cv-00793 (BAH)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING OF SUPPLEMENTAL DECLARATION OF PLAINTIFF JOHN D. BROOKS**

Plaintiff John D. Brooks previously filed herein a Declaration in Support of Plaintiffs' Motion To Take Judicial Notice of Evidence in Prior Related Cases and For Entry of Default Judgment As To Liability and Damages.  ECF 16-2 (December 18, 2023) at 37-40, Addendum of Plaintiffs' Declarations, Declaration of John D. Brooks.  In that Declaration, he stated that although he had previously been diagnosed with Post Traumatic Stress Disorder (PTSD) as a result of his experience at the Khobar Towers terrorist attack on June 25, 1996, he had only recently applied for a Veterans Administration Disability Rating.  See Brooks Declaration paragraphs 13-14.  He noted that his application was still pending with the VA and that he had "not yet at the date of this writing received a decision."  Id. Plaintiffs' aforementioned Motion is pending before the Court.

Plaintiff Brooks hereby gives Notice to the Court that he has now received a rating decision from the VA, assigning a 50 percent disability rating to the PTSD he has suffered as a result of his service at the Khobar Towers at the time of the terrorist attack there.  Attached to and filed with this Notice is a Supplemental Declaration of Plaintiff Brooks, along with a copy of

relevant portions of the VA rating decision dated April 29, 2024, as recently received by Mr. Brooks, attached as Exhibit A thereto.

    Plaintiff Brooks respectfully requests that the Court take Notice of his Supplemental Declaration and Exhibit A thereto to update the information he submitted in his Declaration previously filed Dec. 18, 2023.

    Respectfully submitted,

/s/   Paul G. Gaston
Paul G. Gaston, DC Bar #290833
LAW OFFICES PAUL G. GASTON
1101 Connecticut Avenue, NW, Suite 450
Washington DC 20036
202-296-5856
paul@gastonlawoffice.com

*Attorney for Plaintiffs*

.