IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID E. THOLE  et al. | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 23-cv-00793 (BAH) |
| | ) |
| THE ISLAMIC REPUBLIC OF IRAN | ) |
| | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF FILING OF SUPPLEMENTAL DECLARATION OF PLAINTIFF DARRIN J. BOSIN**

Plaintiff Darrin J. Bosin previously filed herein a Declaration in Support of Plaintiffs' Motion To Take Judicial Notice of Evidence in Prior Related Cases and For Entry of Default Judgment As To Liability and Damages.  ECF 16-2 (December 18, 2023) at  45-50, Addendum of Plaintiffs' Declarations, Declaration of Darrin J. Bosin.  In that Declaration, he stated that although he had previously been diagnosed with Post Traumatic Stress Disorder (PTSD) as a result of his experience at the Khobar Towers terrorist attack on June 25, 1996, he had only recently applied for a Veterans Administration Disability Rating.  See Bosin Declaration paragraphs 12-13.  He noted that his application was still pending with the VA and that he had "not yet at the date of this writing received a decision." Paragraph 12.  Plaintiffs' aforementioned Motion is pending before the Court.

Plaintiff Bosin is still waiting for the Veterans Administration to issue his disability rating.  Bosin believes it would be helpful to update the Court with the Supplemental Declaration submitted herewith.  In that Supplemental Declaration Bosin offers additional evidence related to his PTSD diagnosis and the likelihood that the VA will issue a PTSD disability rating similar to

1

his co-Plaintiff and good friend John D. Brooks, who recently received a 50 percent PTSD disability rating.

Plaintiff Bosin respectfully requests that the Court take Notice of his Supplemental Declaration and new Exhibits A and B thereto to update the information he submitted in his Declaration previously filed Dec. 18, 2023.

Respectfully submitted,

/s/ Paul G. Gaston
Paul G. Gaston, DC Bar #290833
LAW OFFICES PAUL G. GASTON
1101 Connecticut Avenue, NW, Suite 450
Washington DC 20036
202-296-5856
paul@gastonlawoffice.com

*Attorney for Plaintiffs*

.