IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID E. THOLE  et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 23-cv-00793 (BAH) |
| | ) |
| THE ISLAMIC REPUBLIC OF IRAN | ) |
| | ) |
| Defendant. | ) |

## MOTION TO EXPEDITE

Plaintiffs hereby respectfully move for expedited consideration of their pending Motion to Take Judicial Notice of Evidence in Prior Related Cases and For Entry of Default Judgment as To Liability and Damages.  ECF 16-1 (December 18, 2023).

The Special Master of the United States Victims of State Sponsored Terrorism Fund (USVSST Fund) recently set July 1, 2024, as the deadline for applications to the Fund for any Fifth Round Distribution.  https://www.usvsst.com/Home/Announcements?id=20240429, last visited on May 7, 2024.

Accordingly, Plaintiffs respectfully move for expedited consideration of their pending Motion.

Respectfully submitted,

/s/   Paul G. Gaston
Paul G. Gaston, DC Bar #290833
LAW OFFICES PAUL G. GASTON
1101 Connecticut Avenue, NW, Suite 450
Washington DC 20036
202-296-5856
paul@gastonlawoffice.com
*Attorney for Plaintiffs*