IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID E. THOLE  et al. | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 23-cv-00793 (BAH) |
| | ) |
| THE ISLAMIC REPUBLIC OF IRAN | ) |
| | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiffs have moved for expedited consideration of their pending Motion to Take Judicial Notice of Evidence in Prior Related Cases and For Entry of Default Judgment as To Liability and Damages.

The Court hereby GRANTS the Motion to expedite.

_____
United States District Court Judge Beryl A. Howell