UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID E. THOLE, *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>        Defendant. | Civil Action No. 23-793<br><br>Judge Beryl A. Howell |

## ORDER

Upon consideration of plaintiffs' Motion for Entry of Default Judgment and to Take Judicial Notice of Evidence in Related Prior Cases, ECF No. 16, the legal memoranda in support of the motion, the exhibits and declarations submitted in support of the motion, and the entire record herein, for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that, upon finding that plaintiffs have established their "claims or right to relief by evidence satisfactory to the court," 28 U.S.C. § 1608(e), plaintiffs' motion is **GRANTED**; it is further

**ORDERED** that defendant shall be liable for compensatory damages in the amount of $34,250,000 and punitive damages in the amount of $34,250,000, resulting in a total award of $68,500,000, which shall be allocated in the following manner:

1. Servicemember plaintiffs Juan Antonio Manrique and John D. Brooks, who each suffered injuries resulting in VA disability ratings between 40–60%, are entitled to $6,000,000 in pain and suffering damages and $6,000,000 in punitive damages;

1

2.       Servicemember plaintiffs David E. Thole and Joan M. Thole, who each suffered severe physical and psychological injuries, are each entitled to $5,000,000 in pain and suffering damages and $5,000,000 in punitive damages;

3.       Servicemember plaintiffs Michael W. Bass and Darrin J. Bosin, who each suffered severe psychological injuries, are entitled to $3,000,000 in pain and suffering damages and $3,000,000 in punitive damages;

4.       Plaintiff parent Maria V. Hughes is entitled to $2,500,000 in solatium damages and $2,500,000 in punitive damages;

5.       Plaintiff siblings Gail Ann Balcom, Cyntia M. Anthony, and Alfred Anthony are each entitled to $1,250,000 in solatium damages and $1,250,000 in punitive damages; it is further

**ORDERED** that plaintiffs shall, at their own cost and consistent with the requirements of 28 U.S.C. § 1608(e), send a copy of this Order to defendant; it is further

**ORDERED** that plaintiffs' Motion to Expedite, ECF No. 19, is **DENIED AS MOOT**; it is further

**ORDERED** that the Clerk of the Court shall close this case.

**SO ORDERED.**

Date: May 16, 2024

*This is a final and appealable Order.*

                                                          _____
                                                          **BERYL A. HOWELL**
                                                          United States District Judge