CO 226
Rev. 4/2023

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

David E. Thole, et al.

_____
Plaintiff(s)

vs.                                                             Civil Action No.: __23-cv-793__

Islamic Republic of Iran

_____
Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk dispatch for mailing a copy of the default judgment (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Minister of Foreign Affairs
Islamic Republic of Iran
Imam Khomeini Street, Imam Khomeini Square
Tehran, Iran 1136914811

by: (check one)    ☑  certified or registered mail, return receipt requested
                   ☐  DHL
                   ☐  Fed Ex

pursuant to the provisions of: (check one)
                   ☐  FRCP 4(f)(2)(C)(ii)
                   ☑  28 U.S.C. § 1608(a)(3)
                   ☐  28 U.S.C. § 1608(b)(3)(B)
                   ☐  28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country):
__N/A_____, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

                                                    _____/s/ Paul G. Gaston_____
                                                              (Signature)
                                                    Paul G. Gaston
                                                    Law Office of Paul G. Gaston
                                                    1101 Connecticut Ave., NW, Suite 450
                                                    Washington DC 20036

                                                              (Name and Address)

Law Office of
# PAUL G. GASTON
1101 Connecticut Avenue, NW, Suite 450
Washington DC 20036
202-296-5856

paul@gastonlawoffice.com　　　　　　　　　　　　　www.gastonlawoffice.com

May 22, 2024

BY HAND (and ECF)

Angela D. Caesar
Clerk of Court
United States District Court for the
District of Columbia
333 Constitution Avenue, N.W.
Washington DC 20001

　　　　　　　　*Re: Thole et al v. Islamic Republic of Iran et al., No.23-cv-793 (BAH)*

Dear Ms. Caesar:

　　My office represents plaintiffs in the above-captioned case. I write to request service by the Clerk of the default judgment entered in this case on May 16, 2024, ECF #20, pursuant to 28 U.S.C. Section 1608(a)(3) on defendant the Islamic Republic of Iran.

　　Please find enclosed (1) a copy of the default judgment entered by the Court on May 16, 2024, with a certified translation thereof into Farsi; (2) a Notice of Default Judgment together with a certified translation thereof into Farsi; and (3) a copy of the FSIA as currently enacted.

　　Please effect service through international registered mail, return receipt requested on:

> *Minister of Foreign Affairs*
> *Islamic Republic of Iran*
> *Imam Khomeini Street, Imam Khomeini Square*
> *Tehran, Iran 1136914811*

Thank you kindly for your assistance in this matter.

　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　/s/ Paul G Gaston
　　　　　　　　　　　　　　　　　　　　　　Paul G. Gaston
　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*

*Enclosures*